UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ronald D. Deconne and<br>Karin Deconne,<br><br>        Debtors. | Chapter 13<br><br>Case No. 12-22199 (RDD) |
| Ronald Deconne and Karin Deconne,<br><br>        Plaintiffs,<br><br>v.<br><br>Craig Marx,<br><br>        Defendant. | Adv. Pro. No.: 13-08213 (RDD) |
| Craig Marx,<br><br>        Third Party Plaintiff,<br><br>v.<br><br>The Bank of New York Mellon Corporation; JP Morgan Chase & Co.; Linear Mortgage Group, LLC; Fidelity National Title Insurance Company; United Land Abstract Services Corp.,<br><br>        Third Party Defendants. | |

**NOTICE OF HEARING REGARDING MOTION OF JPMORGAN CHASE BANK, N.A.'S MOTION TO QUASH THE SUBPOENA AD TESTIFICANDUM AND DUCES TECUM ISSUED BY CRAIG MARX**

    **PLEASE TAKE NOTICE THAT**, Third-Party Defendant JPMorgan Chase Bank, N.A. improperly plead as JP Morgan Chase & Co. ("Chase"), will move this Court at the Courthouse located at 300 Quarropas Street, White Plains, New York 10601, for an Order to quash the

{00279471.DOCX }

Subpoena Ad Testificandum and Duces Tecum issued by Craig Marx in accordance with Federal Rule of Civil Procedure 45(d)(3)(A) and in support of its motion will rely upon Certification of Joseph H. Lemkin, Esq. dated the 10th day of December 2014 and upon the Memorandum of Law dated the 10th day of December 2014;

**PLEASE TAKE FURTHER NOTICE,** oral argument shall take place on _____, **2014 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Motion shall (i) be made in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, (iii) set forth the name of the objecting party, the basis for the objection and the specific grounds therefore, (iv) be filed with the Court with a copy to the Chambers of Honorable Robert D. Drain, together with proof of service thereof; (v) be served in a manner to be received by Parker Ibrahim & Berg, 270 Davidson Avenue, Somerset, New Jersey 08873, Attn: Joseph H. Lemkin, Esq., by no later than _____; and (vi) be served in a manner to be received by Edward G. McCabe, Esq., 21 Greene Avenue, Amityville, New York 11701, by no later than _____, 2014.

**PARKER IBRAHIM & BERG LLC**

*/s/ Joseph H. Lemkin*
James P. Berg, Esq.
Joseph H. Lemkin, Esq.
5 Penn Plaza, Suite 2371
New York, New York 10001
Phone: (212) 596-7037
Fax: (212) 596-7036
*Attorneys for Defendant,*
JPMorgan Chase Bank, N.A. improperly pled as JPMorgan Chase & Co.
james.berg@piblaw.com
joseph.lemkin@piblaw.com

To:  Linda M. Tirelli, Esq.
Garvey Tirelli & Cushner, Ltd.
50 Main Street, Suite 390
White Plains, NY 10606
*Attorney for Plaintiffs,*
Ronald J. DeConne and Karin B. DeConne

Brian McCaffrey, Esq.
Brian McCaffrey Attorney at Law, P.C.
88-18 Sutphin Boulevard, 1st Floor
Jamaica, NY 11435
*Attorney for Third-Party Plaintiff,*
Craig Marx

Edward G. McCabe, Esq.
21 Greene Street
Amityville, NY 11701
*Attorney for Third-Party Defendant,*
United Land Abstract Services Corp.

Paul J. McGeough, Esq.
Fidelity National Law Group
350 Fifth Avenue, Suite 3000
New York, NY 10118
*Attorney for Third-Party Defendant,*
Fidelity National Title Insurance Company