**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

In re:                                                                              Chapter 13

                                                                                                      Case No: 12-22199 (RDD)

RONALD DECONNE and
KARIN DECONNE

      DEBTORS.

-------------------------------------------------------------------------X

RONALD DECONNE and
KARIN DECONNE,

      PLAINTIFFS
              v.                                                                Adv. Pro. No. 13-08213

CRAIG MARX,

      DEFENDANT

--------------------------------------------------------------- X

**ORDER AND JUDGMENT DISALLOWING AND EXPUNGING CLAIMS**
**OF CRAIG MARX**

Upon the objection (the "Claims Objection") of the debtors/plaintiffs (the "Debtors") in this adversary proceeding under 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 to the claims filed in this case by defendant Craig Marx; and upon Mr. Marx's opposition thereto and all pleadings filed in connection therewith; and there being due and sufficient notice of the Claims Objection and the hearing thereon held by the Court on December 11, 2014 (the "Hearing"); and upon the evidence adduced at and the record of the Hearing; and the Court having jurisdiction over the Claims Objection pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and the Claims Objection being a core proceeding under 11 U.S.C. § 157(b)(2)(B) that the Court may determine by final order; and, after due deliberation, the Court having found and concluded, for the reasons stated

in the Court's bench ruling at the Hearing, that (a) the Debtors have rebutted the presumptive validity under Fed. R. Bankr. P. 3001(f) of the claims of Mr. Marx, listed below, against the Debtors in this case, (b) Mr. Marx has not established the validity of such claims, and (c) such claims should be disallowed and expunged because Mr. Marx does not have the standing to enforce such claims against the Debtors; now, therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED**, that Proofs of Claim Nos. 3-1, 3-2, 3-3, 7-1, 7-2, 7-3, 10-1 and 11-1 filed in this case by or on behalf of Craig Marx against the Debtors are disallowed and expunged. The Claims Register in this case will reflect that the foregoing claims of Craig Marx against the Debtors have been disallowed and expunged.

Dated:  White Plains, New York
         December 12, 2014

/s/ Robert D. Drain
Hon. Robert D. Drain
United States Bankruptcy Judge